IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Regina Robinson, on behalf of herself and all others similarly situated, | Civil Action No. 7:18-cv-02927-DCC-JDA |
| Plaintiff, | |
| vs. | |
| Carolina First Bank, N.A., | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement and in the Declaration of Ossai Miazad in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Miazad Decl."), and the supporting exhibits thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement, attached as **Exhibit 1** to the Miazad Decl.;

(2) conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(3) appointing Plaintiff's Counsel as Class Counsel; and

(4) approving the proposed Claim Form and proposed Notice of Class Action Settlement to be distributed to settlement class members, attached as **Exhibits A** and **B** to the Settlement Agreement.

*     *     *

Plaintiff submits a Proposed Order, attached as **Exhibit 2** to the Miazad Decl., for the Court's convenience.

>Respectfully Submitted,
>
>s/ J. Scott Falls
>
>**FALLS LEGAL LLC**
>J. Scott Falls (Federal I.D. No. 10300)
>Email: scott@falls-legal.com
>Ashley L. Falls (Federal I.D. No. 12083)
>Email: ashley@falls-legal.com
>245 Seven Farms Drive, Suite 250
>Charleston, South Carolina 29492
>Telephone: (843) 737-6040
>Facsimile: (843) 737-6140
>
>**OUTTEN & GOLDEN LLP**
>Ossai Miazad*
>Email: om@outtengolden.com
>Juno Turner*
>Email: jturner@outtengolden.com
>Michael C. Danna*
>Email: mdanna@outtengolden.com
>685 Third Avenue, 25th Floor
>New York, New York 10017
>Telephone: 212-245-1000
>
>*Attorneys for Plaintiff and the Putative Class*
>
>* *pro hac vice* motion forthcoming

Charleston, South Carolina
November 2, 2018