IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Regina Robinson, on behalf of herself and all others similarly situated, | Civil Action No. 7:18-cv-02927-DCC-JDA |
| Plaintiff, | |
| vs. | |
| Carolina First Bank, N.A., | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class and Final Approval of Class Action Settlement and the Declaration of Ossai Miazad in Support of Plaintiff's Unopposed Motions for Certification of the Settlement Class and Final Approval of Class Action Settlement, Approval of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Award ("Miazad Declaration"), and the supporting exhibits thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) certifying the proposed Settlement Class pursuant to Fed. R. Civ. P 23(a) and 23(b)(3);

(2) granting final approval of the Settlement Agreement, attached as Exhibit 1 to the Miazad Declaration, and incorporating by reference all the terms, conditions, and obligations set forth therein;

(3) ordering the Settlement Claims Administrator to distribute the settlement funds in accordance with the terms of the Settlement Agreement;

(4) retaining jurisdiction of this action in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement; and

(5) granting any other relief that the Court deems just and proper.

Plaintiff submits a Proposed Order, attached as Exhibit 4 to the Miazad Declaration, for the Court's convenience.

Respectfully Submitted,

/s/ J. Scott Falls

**FALLS LEGAL LLC**
Ashley L. Falls (Federal I.D. No. 12083)
Email: ashley@falls-legal.com
J. Scott Falls (Federal I.D. No. 10300)
Email: scott@falls-legal.com
245 Seven Farms Drive, Suite 250
Charleston, South Carolina 29492
Telephone: (843) 737-6040
Facsimile: (843) 737-6140

**OUTTEN & GOLDEN LLP**
Ossai Miazad (admitted *pro hac vice*)
Email: om@outtengolden.com
Michael C. Danna (admitted *pro hac vice*)
Email: mdanna@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: 212-245-1000

***Attorneys for Plaintiff and the Putative Class***

Charleston, South Carolina
June 3, 2019